116 P.3d 702

# SUPREME COURT OF HAWAI'I

**July 29, 2005**

| 24830 | Bankers Trust Aames MT 2000-1 v. Hernandez | Affirmed |
| 24319 | Kauai Veterans' Exp. Co., Ltd., In re | Affirmed |
| 26323 | Schilleci v. Administrative Director of Courts | Affirmed |

**August 5, 2005**

| 26182 | State v. Hye Hyun Lee | Affirmed |